FULL NAME Al Tyrone Jackson
COMMITTED NAME (if different)
FULL ADDRESS INCLUDING NAME OF INSTITUTION TTCF 262-F-5, 450 Bauchet Street LA, CA. 90012
PRISON NUMBER (if applicable) 4872919

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RELATED DDJ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Al Tyrone Jackson
                              PLAINTIFF,
v.
Dale Atherton, attorney at law
                              DEFENDANT(S).

CASE NUMBER
LA17CV08495-TJH (JC)
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff __Al Tyrone Jackson__

   Defendants __Kevin Puebla et al.,__

b. Court __United States District Court__

c. Docket or case number __CV 12-6370-TJH(RNB)__

d. Name of judge to whom case was assigned __TJH(RNB)__

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __dismissed__

f. Issues raised: __False Imprisonment__

g. Approximate date of filing lawsuit: __2011__

h. Approximate date of disposition __12-23-2014__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not __N/A__

3. Is the grievance procedure completed? ☐ Yes ☐ No

   If your answer is no, explain why not __I have not received a response back__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Al Tyrone Jackson__
(print plaintiff's name)
who presently resides at __450 Bauchet St. LA CA. 90012 CA. 90056__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

__Lancaster Superior Court House, Lancaster, CA.__
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97) Page 2 of 6

on (date or dates) <u>April 7, 2017</u>, <u>Sept. 6, 2017</u>, <u>Sept. 8, 2017</u>.
(Claim I)           (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>Dale Alberto Teophilov</u> resides or works at
   (full name of first defendant)
   <u>1201 45th street west #A-18 Lancaster Ca. 93534</u>
   (full address of first defendant)
   <u>Attorney at Law</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   <u>He Stated to the Jury that I Assualted the Alleged victim. Denied ME my Right to a Speedy trial. And is willfully incompetent.</u>

2. Defendant <u>_____</u> resides or works at
   (full name of first defendant)
   <u>____ 4th Street West Lancaster CA. 93534</u>
   (full address of first defendant)
   <u>Commissioning Judge of the Superior C___</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

The Right to the Effective Assistance of Counsel, Sixth (6) Amendment to the U.S. Constitution in Criminal matter

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On April 7, 2017 Attorney Dale Atherton was appointed by the Superior Court Dept. A-07, as my defense attorney at 46 of 60 days into my speedy trial. On the 57th day of my Requested Speedy trial. Attorney Atherton over my objection motion the court for a 30 day continuance. The Court granted the motion, and so I was denied my Right to a Speedy trial.

For Approximently 7 months I informed Attorney Atherton that I am totally innocent of the charges. That I did not cause any injury to the alleged victim head. However, Atherton on September 5, 2017 stated to the Jury that I caused the victim injury to her head in Self-defense.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Money damages $200,000.00

And declaratory judgement. The Sixth Amendment provide that ["]IN All criminal prosecutions the Accused Shall enjoy The Right --- to have The Effective Assistance of counsel for his defense.

Nov. 9, 2017
(Date)

*(Signature of Plaintiff)*



legal mail
MIRELES
618161

legal mail
MIRELES
618161

MIRELES
618161